**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

AUSTCO MARKETING & SERVICES USA LTD.,

Plaintiff,

v.

KING COUNTY PUBLIC HOSPITAL DISTRICT NO. 4 DBA SNOQUALMIE VALLEY HEALTH; and KINGSBRIDGE HOLDINGS LLC,

Defendants.

No. 2:26-cv-02633

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT

Noted for consideration: November 2, 2026

The stipulated Motion extending the deadlines in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Dkt. # 18 (Dkt. # 22), is GRANTED. The deadlines are as follows:

| | Deadline |
|---|---|
| Deadline for FRCP 26(f) Conference | 11/17/2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/1/2026 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 12/8/2026 |

IT IS SO ORDERED.

Dated this 3rd day of November, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE